# EXHIBIT 1



# Certificate of Recordation

This is to certify that the attached document was recorded in the Copyright Office on the date and in the place shown below.

This certificate is issued under the seal of the United States Copyright Office.

| DATE OF RECORDATION |  |
|---|---|
| 22Nov13 |  |

| VOLUME | DOC. NO. |
|---|---|
| 3621 | 310 |

| VOLUME | DOC. NO. |
|---|---|
|  |  |

*Maria A. Pallante*

Register of Copyrights, United States of America



V3621 D310
Page 1

# Notice of Termination Pursuant to Section 203 of the Copyright Act

1. This termination of the grants of transfers of copyrights is made pursuant to Section 203 of the Copyright Act.

2. Name of each grantee or each grantee's successor in title whose rights are being terminated, and each address at which service of the notice is being made:

Warner Bros. Records Inc. is the grantee. Service of this notice is being made at these addresses:

> Warner Bros. Records Inc.
> c/o Warner Music Group,
> 75 Rockefeller Plaza,
> New York, NY 10019;
>
> Warner Bros. Records Inc.
> c/o Rhino Entertainment Company, a Warner Music Group Company
> 3400 West Olive Avenue, P-5-2
> Burbank, CA 91505

3. The dates of execution of the grants being terminated, and if the grant covered the right of publication of a work, the date of publication of the work under the grant.

The dates of execution of the grants being terminated, and the dates of publication of the works under the grants are set forth in Schedule "A" attached hereto and made a part hereof.

The grants being terminated were executed on the dates the works were created per the conclusion of the U.S. Copyright Office. *Legal Analysis of Gap Grants under Termination Provisions: Summary*, United States Copyright Office, December 7, 2010, *available at* http://www.copyright.gov/docs/termination/.

4. For each work to which this notice of termination applies, the title of the work and the name of the author who executed the grant being terminated; and, the original copyright registration number:

See Schedule "A".

V3621 D310
Page 2

5. <u>A brief statement reasonably identifying the grants to which the notice of termination applies</u>:

This notice of termination applies to the grants of transfers of copyrights in sound recordings including renewal terms made prospectively by Canzetta Staton to Warner Bros. Records Inc. in a recording agreement entered into July 2, 1974. The grants are terminable under Section 203 as a matter of law because the dates of execution of the grants are the dates of creation of the works per the conclusion of the Copyright Office. *Legal Analysis of Gap Grants under Termination Provisions: Summary*, United States Copyright Office, December 7, 2010, *available at* http://www.copyright.gov/docs/termination/.

6. <u>The effective date of termination</u>:  January 1, 2016.

7. <u>To the best knowledge and belief of the undersigned, this notice has been signed by all persons whose signature is necessary to terminate the grant under section 203 of title 17 U.S.C.</u>

<u>Signature of author terminating the grants</u>:

By: *[signature]*
Canzetta Staton – Author
c/o Brian Levenson, Esq.
Schwartz & Ponterio, PLLC
134 West 29th Street, Suite 1006
New York, NY 10001

V3621 D310
Page 3

SCHEDULE "A"

| Title of Sound Recording | Name of Author | Original Copyright Registration Number | Date of Execution of Grant being Terminated | Date of Publication |
|---|---|---|---|---|
| HOUSE OF LOVE | | | | |
| Victim | Canzetta Staton | SR 2-806 | 1978 | 6/23/1978 |
| Honest I Do Love You | Canzetta Staton | SR 2-806, SR 1-992 | 1978 | 6/23/1978, 5/5/1978 |
| Yesterday Evening | Canzetta Staton | SR 2-806 | 1978 | 6/23/1978 |
| I Wonder Will I Ever Get Over It | Canzetta Staton | SR 2-806 | 1978 | 6/23/1978 |
| I'm Gonna Make You Love Me | Canzetta Staton | SR 2-806 | 1978 | 6/23/1978 |
| So Blue | Canzetta Staton | SR 2-806 | 1978 | 6/23/1978 |
| Take My Hand, Precious Lord | Canzetta Staton | SR 2-806, SR 1-992 | 1978 | 6/23/1978, 5/5/1978 |
| | Canzetta Staton | SR 2-806 | 1978 | 6/23/1978 |
| CHANCE | | | | |
| I Got Nowhere To Go | Canzetta Staton | SR 10-777 | 1979 | 6/22/1979 |
| When You Wake Up | Canzetta Staton | SR 10-777 | 1979 | 6/22/1979 |
| Tomorrow | Canzetta Staton | SR 10-777 | 1979 | 6/22/1979 |
| Rock | Canzetta Staton | SR 10-777 | 1979 | 6/22/1979 |
| Chance | Canzetta Staton | SR 10-777 | 1979 | 6/22/1979 |
| I Live | Canzetta Staton | SR 10-777 | 1979 | 6/22/1979 |
| Me and My Music | Canzetta Staton | SR 10-777 | 1979 | 6/22/1979 |
| CANDI STATON | | | | |
| Looking for Love | Canzetta Staton | SR 19-206 | 1980 | 6/30/1980 |
| Halfway to Heaven | Canzetta Staton | SR 19-206 | 1980 | 6/30/1980 |
| One More Try | Canzetta Staton | SR 19-206 | 1980 | 6/30/1980 |
| If You Feel the Need | Canzetta Staton | SR 19-206 | 1980 | 6/30/1980 |
| The Hunter Gets Captured by the Game | Canzetta Staton | SR 19-206 | 1980 | 6/30/1980 |
| It's Real | Canzetta Staton | SR 19-206 | 1980 | 6/30/1980 |
| Betcha I'm Gonna Get Ya | Canzetta Staton | SR 19-206 | 1980 | 6/30/1980 |
| Living Inside Me | Canzetta Staton | SR 19-206 | 1980 | 6/30/1980 |

## Affirmation of Service

BRIAN S. LEVENSON, an attorney duly admitted to practice law before the Courts of New York, aware of the penalties for perjury, hereby affirms that the following statements are true:

1. I am over eighteen years of age and I reside in New York, New York.

2. Based on investigation of the records of the Copyright Office, and the leading digital retailers, including iTunes, Google Play and Amazon MP3 Store, there is no reason to believe that the rights being terminated have been transferred by the grantee to a successor in title. Further, the grantee confirmed that it had not transferred the rights being terminated. This investigation occurred prior to service of the notice of termination.

3. On November 1, 2013 I served copies of the foregoing notice of termination by first class mail at the following addresses:

>Att: Legal Department
>Warner Bros. Records Inc.
>c/o Warner Music Group
>75 Rockefeller Plaza
>New York, NY 10019

>Tracie D. Parry, Esq.
>Director Business & Legal Affairs
>Warner Bros. Records Inc.
>c/o Rhino Entertainment Company, a Warner Music Company
>3400 West Olive Avenue, P-5-2
>Burbank, CA 91505

and placing the envelope in a depository in the exclusive care and custody of the United States Postal Service within the State of New York.

Dated: New York, New York
November 1, 2013

_____
BRIAN S. LEVENSON