COWAN, LIEBOWITZ & LATMAN, P.C.
Eric J. Shimanoff (ejs@cll.com)
114 West 47th Street
New York, New York 10036
(212) 790-9200
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

CANDI STATON PRODUCTIONS, INC.,

            Plaintiff,

   v.

WARNER BROS. RECORDS INC.,

            Defendant.

Civil Action No. 1:18-CV-11989 (RA)

---

     PLEASE TAKE NOTICE that the undersigned appears as attorney for Defendant Warner Bros. Records Inc., herein, and requests that copies of all papers in this action be served on him at the address stated below.

Dated: New York, New York
        March 5, 2019

Respectfully submitted,

COWAN, LIEBOWITZ & LATMAN, P.C.

By:   s/ Eric J. Shimanoff
      Eric J. Shimanoff (ejs@cll.com)
114 West 47th Street
New York, NY 10036-1525
(212) 790-9200

Attorneys For Defendant