Eric J. Shimanoff (ejs@cll.com)
COWAN, LIEBOWITZ & LATMAN, P.C.
114 West 47th Street
New York, NY 10036
(212) 790-9200
*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------ x
```

CANDI STATON PRODUCTIONS, INC.                      :     Civil Action No. 18-cv-11989 (RA)

              Plaintiff,                                         :

      -against-                                            :     **RULE 7.1 DISCLOSURE**

WARNER BROS RECORDS INC.,                            :

            Defendant.                                        :

                                                  :

```
------------------------------------------------------------ x
```

       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to

enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or

recusal, the undersigned counsel for Defendant Warner Bros. Records Inc. certifies that Warner

Bros. Records Inc. is a wholly-owned indirect subsidiary of Warner Music Group Corp., a

Delaware corporation. Warner Music Group Corp. is owned and controlled, directly and

indirectly, by affiliates of Access Industries, Inc., which is not a publicly traded company. No

publicly traded corporation directly or indirectly holds ten percent or more of the stock in

Warner Bros. Records Inc.

Dated: New York, New York

March 5, 2019                                COWAN, LIEBOWITZ & LATMAN, P.C.

                                   By:    /s/ Eric J. Shimanoff

                                      Eric J. Shimanoff
                                     114 West 47th Street
                                     New York, New York 10036
                                     (212) 790-9200
                                     *Attorneys for Defendant*