USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3/8/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CANDI STATON PRODUCTION, INC.,

        Plaintiff,

v.

WARNER BROS. RECORDS INC.,

        Defendant.

No. 18-CV-11989 (RA)

ORDER OF REFERENCE

RONNIE ABRAMS, United States District Judge:

This action is referred to Magistrate Judge Freeman for the following purpose:

|   |   |
|---|---|
| General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| Specific Non-Dispositive Motion/Dispute: | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: | Habeas Corpus |
| X  Settlement | Social Security |
| Inquest After Default/Damages Hearing | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: |

SO ORDERED.

Dated:    March 8, 2019
             New York, New York

                                              Ronnie Abrams
                                              United States District Judge